**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN EVERETT MUSTILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARION SPEARMAN, et al.,<br><br>　　　　Defendant. | No. C 13-1095 RS (PR)<br><br>**ORDER OF DISMISSAL** |

　　The Court ordered plaintiff to, within 30 days, (1) file a signed complaint, and (2) submit payment for the $350.00 filing fee, or an application to proceed *in forma pauperis* ("IFP"). More than 30 days have passed and plaintiff has not complied with any of these instructions. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order and, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. Any motion to reopen **must** contain (1) a signed complaint, **and** (2) either full payment of the filing fee of $350.00, **or** a complete IFP application. The Clerk shall enter judgment in favor of defendants, and close the file.

　　**IT IS SO ORDERED**.

DATED: April 16, 2013

　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge