UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN EVERETT MUSTILL,                     No. C 13-1095 RS (PR)

        Plaintiff,                          **JUDGMENT**

      v.

MARION SPEARMAN,

        Defendant.

_____/

    The action having been dismissed, the Court hereby enters judgment in favor of defendants.  Plaintiff shall take nothing by way of this action.

    **IT IS SO ORDERED**.

DATED:  April _16_, 2013

                          RICHARD SEEBORG
                       United States District Judge

**United States District Court**
For the Northern District of California